■ SUSAN J. SIEBERT et al., as Co-Executors of ROBERT C.

SIEBERT, Deceased, et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 76971.) [605 NYS2d 997] —Judgment unanimously affirmed without costs. Same Memorandum as in *Spitz v State of New York* (198 AD2d 774 [decided herewith]). (Appeal from Judgment of Court of Claims, NeMoyer, J.— Appropriation.) Present—Denman, P. J., Callahan, Balio, Boomer and Boehm, JJ.